**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**Eli Lilly and Company**

CIVIL ACTION NO.: 1:26-CV -00347-MJT

***Plaintiff***

**vs**

**Legendary Peptides LLC**

***Defendant***

# AFFIDAVIT OF SERVICE

State of Texas }
County of Jefferson } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Texas,

That on **08/12/2026** at **6:51 PM** at **6850 Carlyle Court, Lumberton, TX 77657**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet, Plaintiff Eli Lilly and Company's Corporate Disclosure Statement**

on **Legendary Peptides LLC**,

by delivering thereat a true copy of each to **Brian Milner, Owner** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other: Glasses, Grayish Beard/mustache

Sworn to before me this
17 day of August, 2026

NOTARY PUBLIC

CHELSEA RAY JAMES
Notary Public, State of Texas
Comm. Expires 07-11-2027
Notary ID 134448212

Curt Woodard
PSC-30031