IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00347 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| LEGENDARY PEPTIDES, LLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO ANY MOTION TO DISMISS**

Before the Court is the Parties' Joint Motion to Extend Plaintiff's Deadline to Respond to Any Motion to Dismiss. [Dkt. 9]. The Parties file the present motion requesting a 30-day extension of Plaintiff's deadline to respond to any motion to dismiss the Complaint [Dkt. 1] that Defendant may file. Further, the Parties conferred and agreed that the extension of Defendant's response deadline should be reciprocal. After considering the Parties' joint motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Extend Plaintiff's Deadline to Respond to Any Motion to Dismiss [Dkt. 9] is hereby **GRANTED**.

It is further **ORDERED** that should Defendant file a motion to dismiss, Plaintiff shall file any response to that motion within 44 days after the motion is served. Defendant's reply shall be governed by Local Rule CV-7(f).

**SIGNED this 10th day of September, 2026.**

Michael J. Truncale
United States District Judge